# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>        Defendant. | 1:20-cv-00072-GSA-PC<br><br>**ORDER FOR CLERK TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS CASE**<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT CDCR FOR VIOLATION OF THE ADA, AND THAT ALL OTHER CLAIMS BE DISMISSED**<br><br>**OBJECTIONS, IF ANY, DUE IN 14 DAYS** |

Jason Marta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132 (1994). On January 15, 2020, Plaintiff filed the Complaint commencing this action. (ECF No. 1.) Plaintiff named only one defendant, the California Department of Corrections and Rehabilitation (CDCR).

The court screened the Complaint and ordered Plaintiff to either: (1) file an amended complaint, or (2) notify the court that he is willing to proceed only with the ADA claim against CDCR found cognizable by the court, dismissing all other claims from this action. (ECF No. 8.)

On August 11, 2021, Plaintiff filed a notice that he is willing to proceed only with the ADA claim against CDCR, and that he "seeks no § 1983/8th Amendment medical claim."   (ECF No. 9.)

///

Accordingly, the Clerk of Court is **HEREBY ORDERED** to randomly assign a district judge to this case;

and

Based on the foregoing, it is **HEREBY RECOMMENDED** that:

1. This action proceed only on Plaintiff's claims against defendant CDCR for violation of the ADA;
2. All remaining claims be dismissed from this action;
3. Plaintiff's § 1983 claim for inadequate medical care under the Eighth Amendment be dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted; and
4. This case be referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **August 16, 2021**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE