# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR,<br><br>        Defendant. | 1:20-cv-00072-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME (ECF No. 18.)**<br><br>**DEADLINE TO FILE RESPONSE TO COMPLAINT:  FEBRUARY 11, 2022** |

    Jason Marta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132 (1994).  This case now proceeds against sole defendant CDCR ("Defendant") for violation of the ADA.

    On December 13, 2021, Defendant CDCR filed a request for extension of time to respond to Plaintiff's complaint.  (ECF No. 17.)  The court finds good cause to grant Defendant an extension of time until February 11, 2022 to file a response to the complaint.

    Accordingly, good cause appearing and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    1.    Defendant CDCR's request for extension of time, filed on December 13, 2021, is granted; and

2.     Defendant CDCR is granted until February 11, 2022 to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:  **December 14, 2021**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE