# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>            Plaintiff,<br><br>     v.<br><br>CDCR,<br><br>            Defendant. | 1:20-cv-00072-DAD-GSA-PC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME (ECF No. 19.)**<br><br>**DEADLINE TO FILE RESPONSE TO COMPLAINT:  MARCH 28, 2022** |

Jason Marta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132 (1994).  This case now proceeds against sole defendant CDCR ("Defendant") for violation of the ADA.

On February 17, 2022,  Defendant CDCR filed a request for extension of time to respond to Plaintiff's complaint.  (ECF No. 19.)  The court finds good cause to grant Defendant an extension of time until **March 28, 2022** to file a response to the complaint.

Accordingly, good cause appearing and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant CDCR's request for extension of time, filed on February 17, 2022, is granted; and

1

2. Defendant CDCR is granted until **March 28, 2022** to file a response to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:  **February 22, 2022**                              **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE