# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>        Defendant. | 1:20-cv-00072-ADA-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME AS MOOT**<br><br>**(ECF No. 37.)**<br><br>**ORDER REMINDING PLAINTIFF THAT THE DEADLINE TO FILE A MOTION FOR SUMMARY JUDGMENT FOR ALL PARTIES IS <u>JULY 12, 2023</u>** |

     Jason Marta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12132 (1994). This case now proceeds against sole defendant CDCR ("Defendant") for violation of the ADA.

     On June 2, 2023, Plaintiff filed a motion for leave to file a motion for summary judgment. (ECF No. 37.) At the time of Plaintiff's motion the deadline for filing dispositive motions, such as a motion for summary judgment, was May 28, 2023, pursuant to the Court's order issued on March 31, 2023. (ECF No. 35.) Because Plaintiff's motion requested leave to file a motion for summary judgment after the Court's May 28, 2023 deadline, the Court construes Plaintiff's motion as a request for extension of time.

On June 22, 2023, the Court issued an order extending the deadline for filing dispositive motions for all parties to July 12, 2023. (ECF No. 38.) In light of the Court's order, Plaintiff's motion for extension of time is moot because this court granted an extension of time until July 12, 2023, to file a motion for summary judgment. Thus, Plaintiff's request for extension of time filed on June 2, 2023, shall be denied as moot.

In the event that Plaintiff now wishes to file a motion for summary judgment, Plaintiff is reminded that the current deadline for filing a motion for summary judgment, for all parties, is July 12, 2023.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for extension of time to file a motion for summary judgment, filed on June 2, 2023, is denied as moot; and
2. Plaintiff is reminded that the current deadline for filing a motion for summary judgment, for all parties, is July 12, 2023.

IT IS SO ORDERED.

Dated:  **July 6, 2023**              /s/ Gary S. Austin
                                       UNITED STATES MAGISTRATE JUDGE