# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>             Plaintiff,<br><br>      v.<br><br>CDCR,<br><br>             Defendant. | 1:20-cv-00072-ADA-GSA-PC<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT CDCR'S MOTION FOR SUMMARY JUDGMENT <u>ON OR BEFORE SEPTEMBER 21, 2023</u>**<br><br>**(ECF No. 40.)** |

On July 12, 2023, Defendant CDCR filed a motion for summary judgment. (ECF No. 40.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

Accordingly, **<u>on or before September 21, 2023</u>**, Plaintiff must file an opposition or a statement of non-opposition to Defendant CDCR'S motion for summary judgment. If Plaintiff fails to comply with this order this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

   Dated:   **August 18, 2023**                    **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE