# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>                Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>                Defendant. | No.  1:20-cv-00072-KES-FRS (BAM) (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 59)<br><br>**Objections Due: April 9, 2026** |

Plaintiff Jason Marta ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132.  This action proceeds against Defendant California Department of Corrections and Rehabilitation ("CDCR") for violation of the ADA.

On February 23, 2026, the Court issued findings and recommendations denying the motion for summary judgment filed by Defendant CDCR ("Defendant").  (ECF No. 57.)  The Court directed the parties to file any objections within fourteen (14) days after being served with the findings and recommendations.  (*Id.*)  On March 5, 2026, Defendant filed a notice of change in designation of counsel for service.  (ECF No. 58.)

Currently before the Court is Defendant's March 6, 2026 motion for administrative relief, seeking a thirty-one-day extension of time, or until April 9, 2026, to file objections to the findings and recommendations.  (ECF No. 59.)  Defense counsel states that they were assigned this case

1

on March 5, 2026 and has begun reviewing the case and the pending findings and recommendations, but needs additional time to evaluate whether objections are warranted. Because defense counsel has a motion for summary judgment due in approximately two weeks, and other cases to attend to, Defendant requests an extension of thirty-one days, up to and including April 9, 2026, to review and evaluate the records in this case and the pending findings and recommendations, and, if warranted, to draft and file objections.  (*Id.*)

Plaintiff has not yet had the opportunity to file a response, but the Court finds a response unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

Having reviewed Defendant's request, the Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6.  The Court further finds that Plaintiff will not be prejudiced by the brief extension granted here.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for administrative relief re: extension of time to file objections, (ECF No. 59), is GRANTED; and

2. On or before **April 9, 2026**, Defendant shall file any objections to the February 23, 2026, findings and recommendations, (ECF No. 57).

IT IS SO ORDERED.

Dated:    **March 9, 2026**              /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2