**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON MARTA, | No. 1:20-cv-0072-KES-FJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CDCR, | |
| Defendant. | Docs. 40, 57 |

Plaintiff Jason Marta seeks to hold the California Department of Corrections and Rehabilitation ("CDCR") liable for violating Title II of the Americans with Disabilities Act, 42 U.S.C. § 12132. *See* Docs. 1, 12. The CDCR moved for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Doc. 40. Marta opposed the motion. Doc. 43. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge found the parties presented conflicting evidence regarding whether Marta submitted CDCR Form 22s that included lower bunk accommodation requests and his complaints of back pain. Doc. 57 at 25-26. The magistrate judge found "a significant dispute exists" regarding Marta's submission of the forms. *Id.* at 26. The magistrate judge noted the Court is unable to resolve the dispute at the summary judgment stage and recommended the motion for summary judgment be denied. *Id.* at 26-27.

On February 23, 2026, the Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 57 at 27. The Court granted the CDCR's two requests for extensions of time to file objections. Docs. 59-60, 62-63. On April 23, 2026, the CDCR filed a notice stating, "After an in-depth review of the record and evaluation of the Court's findings and recommendations, Defendant elects not to object …." Doc. 64 at 2.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and by proper analysis. The Court ORDERS:

1. The findings and recommendations issued on February 23, 2026 (Doc. 57) are ADOPTED in full.

2. Defendant's motion for summary judgment (Doc. 40) is DENIED.

3. This matter SHALL be set for a jury trial on Plaintiff's claim against Defendant California Department of Corrections and Rehabilitation for violation of the Americans with Disabilities Act.

IT IS SO ORDERED.

Dated:   May 15, 2026   _____

UNITED STATES DISTRICT JUDGE

2