UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>               Plaintiff,<br><br>      v.<br><br>CDCR,<br><br>               Defendant. | Case No.  1:20-cv-00072-KES-FJS (PC)<br><br>ORDER SETTING VIDEO TRIAL<br>SCHEDULING CONFERENCE<br><br>Date: July 7, 2026<br>Time: 10:30 a.m. |

Plaintiff Jason Marta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*. On May 18, 2026, the district judge denied Defendant's motion for summary judgment. (ECF No. 65.) This case is now ready to set for a jury trial on Plaintiff's claim against Defendant California Department of Corrections and Rehabilitation for violation of the Americans with Disabilities Act.

The court will set a video trial scheduling conference for July 7, 2026, at 10:30 a.m. to discuss setting the relevant deadlines and trial date before District Judge Kirk E. Sherriff.

Accordingly, IT IS HEREBY ORDERED as follows:

1. A video trial scheduling conference is set for July 7, 2026, at 10:30 a.m., before the undersigned in Courtroom 8 (FJS);

2. The parties shall appear by video (via Zoom);

3.  Defense counsel shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the Zoom dial-in information for all parties;

4.  Defense counsel is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed to provide the necessary dial-in information and confirm whether the institution is able to produce Plaintiff for a video appearance at the scheduled date and time;

5.  If the institution is unable to produce Plaintiff for a telephonic appearance at the scheduled date and time, defense counsel shall so inform the court by no later than June 5, 2026; and

6.  The court will issue any necessary transportation writ in due course.

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE