UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>     Plaintiff,<br><br>v.<br><br>CDCR,<br>     Defendant. | 1:20-cv-00072-KES-FJS (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **JASON MARTA, CDCR #AV-3578, <u>VIA ZOOM VIDEO CONFERENCE</u>**<br><br>DATE: August 6, 2026<br>TIME:  1:00 p.m. |

**Inmate Jason Marta, CDCR #AV-3578**, a necessary and material witness on his own behalf in a Pretrial Settlement Conference in this case, is confined at Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** from his present institution before Magistrate Judge Stanley A. Boone on August 6, 2026, at 1:00 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the settlement conference, or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of Valley State Prison**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by Zoom video conference** before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **July 9, 2026**

                  STANLEY A. BOONE
                  United States Magistrate Judge