UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTA,<br><br>Plaintiff,<br><br>v.<br><br>CDCR,<br><br>Defendant. | Case No. 1:20-cv-00072-KES-FJS (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE INITIAL EXPERT DISCLOSURES<br><br>(ECF No. 81)<br><br>Responsive Pleading Due: October 6, 2026 |

Plaintiff Jason Marta ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This case is set for a jury trial on March 23, 2027, before United States District Judge Kirk E. Sherriff on Plaintiff's claim against Defendant California Department of Corrections and Rehabilitation ("Defendant") for violation of the Americans with Disabilities Act.

Pursuant to the July 7, 2026, second scheduling order, Defendant's expert disclosures were due on or before September 29, 2026. (ECF No. 70.)

Currently before the court is Defendant's motion for administrative relief re: extension of time to file initial expert disclosures, filed September 28, 2026. (ECF No. 81.) Plaintiff has not had the opportunity to respond to the motion, but the court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

In support of the motion, counsel for Defendant declares that due to counsel's trial schedule and their trial expert's unexpected illness, they are unable to complete the expert report by the current deadline. (ECF No. 81.) Defendant requests an extension of seven days, up to and including October 6, 2026, to file expert disclosures. (*Id.*)

The court, having considered the request, finds good cause to grant the requested extension of time. Fed. R. Civ. P. 6(b). The deadline for Defendant's initial expert disclosures will be extended to October 6, 2026. The court further finds that Plaintiff will not be prejudiced by the brief extension requested here, particularly as the court also finds it appropriate to extend Plaintiff's deadline to file rebuttal expert disclosures.

Accordingly, it is HEREBY ORDERED as follows:

1. Defendant's motion for administrative relief re: extension of time to file initial expert disclosures, (ECF No. 81), is GRANTED;
2. Defendant's initial expert disclosures, if any, shall be filed on or before October 6, 2026;
3. Plaintiff's rebuttal expert disclosures, if any, shall be filed on or before November 3, 2026; and
4. All other deadlines and requirements set by the court's July 7, 2026, second scheduling order, (ECF No. 70), remain in effect.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE